1 ROBERT P. ANDRIS, CA Bar No. 130290
   rpandris@gmail.com
2 **ANDRIS LAW OFFICES**
  1301 Shoreway road, Suite 290
3 Belmont, CA 94002
  Telephone:  650.619.5969
4
  Attorney for Plaintiff Todd Wayne
5

6 KRISTA M. CABRERA, CA Bar No. 190595
   kcabrera@foley.com
7 **FOLEY & LARDNER LLP**
  11988 EL CAMINO REAL, SUITE 400
8 SAN DIEGO, CA 92130-2594
  TELEPHONE:  858.847.6700
9 FACSIMILE:   858.792.6773

10 FELICIA S. O'CONNOR(*Appearance Pro Hac Vice*)
    foconnor@foley.com
11 **FOLEY & LARDNER LLP**
   500 Woodward Avenue
12 Suite 2700
   Detroit, MI 48226
13 TELEPHONE:  313.234.7172
   FACSIMILE:   313.234.2800
14
   Attorneys for Defendant Plantronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WAYNE, | Case No. 5:20-cv-00699-NC |
| *Plaintiff*, | **Stipulation and Order Regarding Discovery and Dispositive Motion Deadlines** |
| v. | |
| PLANTRONICS, INC, | |
| *Defendant*. | |

## Stipulation Regarding Discovery and Dispositive Motion Deadlines

The parties, by and through their respective attorneys, respectfully submit this agreement and stipulation regarding the Discovery Letter Brief filed by Defendant on July 1, 2021 and Plaintiff's Response to Defendant's Discovery Letter Brief, filed on July 6, 2021. The parties agree as follows:

1. Plaintiff Todd Wayne will serve his discovery responses including responsive documents on Defendant on or before July 9, 2021.

2. The deposition of Plaintiff Todd Wayne will take place, via zoom, on a mutually agreeable date between July 23, and July 30, 2021.

3. The deadline for filing dispositive Motions will be adjourned to 30 days after the deposition of Plaintiff Todd Wayne.

4. The deadline for any hearing on a party's dispositive Motion will be adjourned by the same number as days by which the deadline for filing dispositive motions is adjourned.

The parties further agree to entry of the proposed order attached hereto.

It is so stipulated:

/s/ *Robert P. Andris*
ROBERT P. ANDRIS, CA Bar No. 130290
   rpandris@gmail.com
**ANDRIS LAW OFFICES**
1301 Shoreway road, Suite 290
Belmont, CA 94002
Telephone: 650.619.5969

Attorney for Plaintiff Todd Wayne

DATED: July 6, 2021

*/s/ Felicia S. O'Connor*
KRISTA M. CABRERA, CA Bar No. 190595
   kcabrera@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

FELICIA S. O'CONNOR (*Appearance Pro Hac Vice*)
   foconnor@foley.com
**FOLEY & LARDNER LLP**
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
TELEPHONE: 313.234.7172
FACSIMILE: 313.234.2800

Attorneys for Defendant Plantronics, Inc.

1

ROBERT P. ANDRIS, CA Bar No. 130290
  rpandris@gmail.com
**ANDRIS LAW OFFICES**
1301 Shoreway road, Suite 290
Belmont, CA 94002
Telephone: 650.619.5969

Attorney for Plaintiff Todd Wayne


KRISTA M. CABRERA, CA Bar No. 190595
  kcabrera@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

FELICIA S. O'CONNOR(*Appearance Pro Hac Vice*)
  foconnor@foley.com
**FOLEY & LARDNER LLP**
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
TELEPHONE: 313.234.7172
FACSIMILE: 313.234.2800

Attorneys for Defendant Plantronics, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD WAYNE,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>PLANTRONICS, INC,<br><br>　　　　　*Defendant*. | Case No. 5:20-cv-00699-NC<br><br>**Order Regarding Discovery and Dispositive Motion Deadlines** |

1

# ORDER REGARDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES

HAVING BEEN DULY ADVISED that the parties have stipulated to entry of this Order Regarding Discovery and Dispositive Motion Deadlines, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED as follows:

1. Plaintiff Todd Wayne will serve his discovery responses including responsive documents on Defendant on or before July 9, 2021.
2. The deposition of Plaintiff Todd Wayne will take place, via zoom, on a mutually agreeable date between July 23, and July 30.
3. The deadline for filing dispositive Motions will be adjourned to 30 days after the deposition of Plaintiff Todd Wayne.
4. The deadline for any hearing on a party's dispositive Motion will be adjourned by the same number as days by which the deadline for filing dispositive motions is adjourned.

IT IS SO ORDERED.

Hon. Nathanael Cousins



1

ORDER REGARDING DISCOVERY AND DISPOSITIVE
MOTION DEADLINES
CASE NO. 5:20-CV-00699-NC

4819-3295-5633.1

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 7, 2021, I served the foregoing via the court's ECF system.

/s/ *Felicia S. O'Connor*
Felicia S. O'Connor

4819-3295-5633.1