ROBERT P. ANDRIS, CA Bar No. 130290
  rpandris@gmail.com
**ANDRIS LAW OFFICES**
1301 Shoreway road, Suite 290
Belmont, CA 94002
Telephone:  650.619.5969

Attorney for Plaintiff Todd Wayne

KRISTA M. CABRERA, CA Bar No. 190595
  kcabrera@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE:  858.847.6700
FACSIMILE:    858.792.6773

FELICIA S. O'CONNOR(*Appearance Pro Hac Vice*)
  foconnor@foley.com
**FOLEY & LARDNER LLP**
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
TELEPHONE:  313.234.7172
FACSIMILE:    313.234.2800

Attorneys for Defendant Plantronics, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD WAYNE,<br><br>                    *Plaintiff*,<br><br>      v.<br><br>PLANTRONICS, INC,<br><br>                    *Defendant*. | Case No. 5:20-cv-00699-NC<br><br>**Stipulation and Order to Dismiss with Prejudice** |

**STIPULATION TO DISMISS WITH PREJUDICE**

NOW COME the parties, by and through their respective counsel of record, and hereby stipulate and agree to entry of an Order dismissing the above-captioned matter in its entirety with prejudice.

Each party will bear its own costs and attorneys' fees.

It is so stipulated:

| | |
|---|---|
| /s/ Robert P. Andris (w/ permission) | */s/ Felicia S. O'Connor* |
| ROBERT P. ANDRIS, CA Bar No. 130290 | KRISTA M. CABRERA, CA Bar No. 190595 |
|    rpandris@gmail.com |    kcabrera@foley.com |
| **ANDRIS LAW OFFICES** | **FOLEY & LARDNER LLP** |
| 1301 Shoreway road, Suite 290 | 11988 EL CAMINO REAL, SUITE 400 |
| Belmont, CA 94002 | SAN DIEGO, CA 92130-2594 |
| Telephone:  650.619.5969 | TELEPHONE:  858.847.6700 |
| | FACSIMILE:   858.792.6773 |
| Attorney for Plaintiff Todd Wayne | |
| | FELICIA S. O'CONNOR (*Appearance Pro Hac Vice*) |
| DATED:  November 1, 2021 |    foconnor@foley.com |
| | **FOLEY & LARDNER LLP** |
| | 500 Woodward Avenue |
| | Suite 2700 |
| | Detroit, MI 48226 |
| | TELEPHONE:  313.234.7172 |
| | FACSIMILE:   313.234.2800 |
| | |
| | Attorneys for Defendant Plantronics, Inc. |

1

STIPULATION AND ORDER TO DISMISS WITH
PREJUDICE
CASE NO. 5:20-CV-00699-NC

4885-9489-4593.1

1 | ROBERT P. ANDRIS, CA Bar No. 130290
    rpandris@gmail.com
2 | **ANDRIS LAW OFFICES**
    1301 Shoreway road, Suite 290
3 | Belmont, CA 94002
    Telephone:  650.619.5969
4 |
    Attorney for Plaintiff Todd Wayne
5 |

6 | KRISTA M. CABRERA, CA Bar No. 190595
    kcabrera@foley.com
7 | **FOLEY & LARDNER LLP**
    11988 EL CAMINO REAL, SUITE 400
8 | SAN DIEGO, CA 92130-2594
    TELEPHONE:  858.847.6700
9 | FACSIMILE:    858.792.6773

10 | FELICIA S. O'CONNOR(*Appearance Pro Hac Vice*)
     foconnor@foley.com
11 | **FOLEY & LARDNER LLP**
     500 Woodward Avenue
12 | Suite 2700
     Detroit, MI 48226
13 | TELEPHONE:  313.234.7172
     FACSIMILE:    313.234.2800
14 |
     Attorneys for Defendant Plantronics, Inc.
15 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| TODD WAYNE, | Case No. 5:20-cv-00699-NC |
|---|---|
| *Plaintiff*, | **Order of Dismissal with Prejudice** |
| v. | |
| PLANTRONICS, INC, | |
| *Defendant*. | |

1

STIPULATION AND  ORDER TO DISMISS WITH
PREJUDICE
CASE NO. 5:20-CV-00699-NC

4885-9489-4593.1

## ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court, held in the United States District Court, City of San Jose, State of California _____

_____
Hon. Nathanael Cousins

HAVING BEEN DULY ADVISED that the parties have stipulated to entry of this Order of Dismissal with Prejudice, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED as follows:

1. The above captioned matter is dismissed in its entirety with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

_____
Hon. Nathanael Cousins



1

STIPULATION AND ORDER TO DISMISS WITH
PREJUDICE
CASE NO. 5:20-CV-00699-NC

4885-9489-4593.1

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 1, 2021, I served the foregoing via the court's ECF system.

/s/ *Felicia S. O'Connor*
Felicia S. O'Connor

1

**STIPULATION AND ORDER TO DISMISS WITH**
**PREJUDICE**
**CASE NO. 5:20-CV-00699-NC**

4885-9489-4593.1